IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE S. LIPSCOMB | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : | NO. 12-6373 |

ORDER

AND NOW, this 27th day of February, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Pennsylvania Board of Probation and Parole and Michael C. Potteiger to dismiss the complaint (Doc. #4) is GRANTED;

(2) the motion of defendant Jose Rodriguez (incorrectly named in the complaint as Juan Rodriguez) to dismiss the complaint (Doc. #19) is GRANTED; and

(3) the motion of defendant Rosa Hernandez to dismiss the complaint (Doc. #20) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                          J.